**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

HI-TECH PHARMACEUTICALS, INC.,

    Plaintiff,

v.

SUPERBALIFE INTERNATIONAL, LLC,
a Delaware limited liability company;
FRED BUCKLEY, an individual;
CORRINE A. BUCKLEY, an individual,

    Defendants.

CIVIL ACTION FILE NO:

1:12-CV-03130-CAP

---

**NOTICE OF SETTLEMENT OF CASE**

---

TO THE HONORABLE COURT, ALL PARTIES AND THEIR

ATTORNEYS OF RECORD:

Defendants Superbalife International, LLC, Fred Buckley, and Corinne

Buckley hereby notify the Court that all parties have reached a settlement in this

matter.  A formal settlement agreement will be circulated among the Parties for

review and approval.  Once all signatures have been obtained and the settlement

agreement executed, the Parties will file a Stipulation for Dismissal of the entire

action.

Respectfully submitted this 19th day of August, 2013.

/s/ Regina Y. Yeh
Regina Y. Yeh, Esq.
(Admitted *Pro Hac Vice*)
Cal. Bar No. 266019
ryeh@jmjenkinslaw.com
Jonathan M. Jenkins
(Admitted *Pro Hac Vice*)
California Bar No. 193011
jjenkins@jmjenkinslaw.com

Attorneys for Defendants Superbalife
International, LLC, Fred Buckley and
Corinne A. Buckley

JENKINS LLP
8075 W. Third Street, Ste 407
Los Angeles, California 90048
Telephone: (310) 984-6800
Facsimile: (310) 984-6840

Jason W. Graham
Georgia Bar No. 304595
jason@grahamandpenman.com
Raegan M. King
Georgia Bar No. 812035
raegan@grahamandpenman.com

Attorneys for Defendants Superbalife
International, LLC, Fred Buckley and
Corinne A. Buckley

Graham & Penman, LLP
17 Executive Park Drive, Suite 115
Atlanta, Georgia 30329
Telephone: (404) 842-9380
Facsimile:  (678) 904-3110

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served all parties in this matter with a

copy of the foregoing via the Court's CM/ECF notification system:

> Arthur W. Leach, Esq.
> 5780 Windward Parkway
> Suite 225
> Alpharetta, Georgia 30005
> art@arthurwleach.com

This  19th day of August, 2013.

> /s/ Regina Y. Yeh
> Regina Y. Yeh, Esq.*
> Cal. Bar No. 266019
> ryeh@jmjenkinslaw.com
> Jonathan M. Jenkins, Esq.*
> Cal. Bar No. 193011
> jjenkins@jmjenkinslaw.com
> JENKINS LLP
> 8075 W. 3rd St., Ste. 407
> Los Angeles, California 90048
> Tel: (310) 984-6800
> Fax: (310) 984-6840
> * Admitted *pro hac vice*
>
> Jason W. Graham, Esq.
> Georgia Bar No. 304595
> jason@grahamandpenman.com
> Raegan King, Esq.
> Georgia Bar No. 812035
> raegan@grahamandpenman.com
> Graham & Penman, LLP
> 17 Executive Park Drive, Suite 115
> Atlanta, Georgia 30329
> Telephone: (404) 842-9380
> Facsimile:  (678) 904-3110
>
> Attorneys for Defendants Superbalife
> International, LLC, Fred Buckley and Corinne A.
> Buckley